UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                                                        Chapter 13
                                                                              Case No. 8-18-71829-reg

        JAMES P PARKER,

                         Debtor.                    **AFFIDAVIT OF SERVICE**
------------------------------------------------------X
STATE OF NEW YORK     )
                        ) ss.:
COUNTY OF SUFFOLK    )


Andrew Karcich, being duly sworn, says:

On July 24, 2018, I served a true copy of the **AMENDED CHAPTER 13 PLAN** on the

following entities by mailing a true copy of same in a postage-paid envelope and marked with the

name and address of each entity to be served, and depositing same in a post-office or official

depository of the U.S. Postal Service within the State of New York, addressed to the last known

address of each of the addressees indicated:


*See Attached Service List*


Sworn to before me this
24th day of, July 2018

                                               */s/Andrew Karcich*
                                               Andrew Karcich

*/s/ Ellen M. Friedman*
Ellen M. Friedman
Notary Public, State of New York
No. 01FR5045129
Qualified in Suffolk County
Commission Expires August 14, 2019

Nationstar Mortgage LLC d/b/a Mr. Cooper as
Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, NY 11747-4468

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9096

Capital One correspondence
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank, N.A., not in its individual capaci
c/o Nationstar Mortgage LLC d/b/a Mr. Co
Attention: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9096

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Mr. Cooper fka Nationstar
8950 Cypress Waters Boulevard
Coppell, TX 75019-4620

Mr. Cooper fka Nationstar
PO Box 619096
Dallas, TX 75261-9096

Mr. Cooper fka Nationstar
c/o Gross Polowy
1775 Wehrle Drive, Ste 100
Williamsville, NY 14221-7093

NYS Dept of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
W. A Harriman State Campus
Albany, NY 12227-0001

Nationstar Mortgage LLC
c/o Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747-4468

Nationstar Mortgage LLC d/b/a Mr. Cooper
c/o Bonial & Associates, P.C.
PO Box 619096
Dallas, Texas 75261-9096

Nationstar Mortgage LLC d/b/a Mr. Cooper as
Attention: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9096

Nationstar Mortgage LLC d/b/a Mr. Cooper as
c/o Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747-4468

New York State Department of Taxation & Fina
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271-0332

Susan Parker
233 Bellerose Avenue
East Northport, NY 11731-1622

US Department of Justice Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044-0055

US Dept of Education
PO Box 7860
Madison, WI 53707-7860

US Dept of Education - NY Office
32 Old Slip
New York, NY 10005-3516

United States Attorney
Attn:  Chief of Bankruptcy Litigation
271-C Cadman Plaza East
Brooklyn, NY 11201-1820

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4456

Verizon Bankruptcy Administration
500 Technology Drive
Suite 550
Weldon Spring, MO 63304-2225

James P Parker
233 Bellerose Avenue
East Northport, NY 11731-1622

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749-1412